UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRENT WINTERS, KEN TYLMAN and DEBRA HILLS,<br><br>    Plaintiffs,<br><br>v.<br><br>LAW FIRM OF RICHARD H. PARSONS, Federal Public Defenders, RICHARD H. PARSONS, ESQ., JOHN TAYLOR, ESQ. and OTHERS UNKNOWN,<br><br>    Defendants. | Case No. 07-cv-588-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiffs' claims in this case against defendants the Office of the Federal Public Defender for the Central District of Illinois, misnamed as the Law Firm of Richard H. Parsons, Richard H. Parsons, Esq., and John Taylor, Esq., are dismissed for lack of jurisdiction; and

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiffs' claims in this case against Others Unknown are dismissed without prejudice.

**DATED:  January 8, 2008**　　　　　　　　　　**NORBERT JAWORSKI**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**By:s/Deborah Agans, Deputy Clerk**

**Approved:**　　s/ J. Phil Gilbert　　　
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**